IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JASON L. PERRY,
        Petitioner,

v.                                        **Judgment in a Civil Case**

FEDERAL BUREAU OF PRISONS;
ACTING DIRECTOR THOMAS R. KANE,
        Respondents.                   Case Number: 5:12-HC-2080-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice as an improperly brought habeas action under 28 U.S.C. § 2241.

This Judgment Filed and Entered on August 21, 2012, with service on:
Jason L. Perry 12727-180, United States Penitentiary, P.O. Box 1000, Leavenworth, KS 66048-1000 (via U.S. Mail)

August 21, 2012                                   /s/ Julie A. Richards
                                                      Clerk